**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No. 11-cv-00603-JLK

RICHARD A. SODETZ,

      Plaintiff,

OPPENHEIMERFUNDS, INC., a Colorado Corporation
OPPENHEIMERFUNDS DISTRIBUTOR, INC., a New York Corporation, and
ANGELO MANIOUDAKIS,

      Defendants.

---

## ORDER STAYING CASE

---

This above-entitled matter comes before the Court on Defendants' Unopposed Motion to

Enter Order Staying *Sodetz v. OppenheimerFunds, Inc.*, Case No. 11-cv-00603-JLK (doc. #7),

filed March 21, 2011.  The Court, having reviewed the Motion and being otherwise fully advised

in the premises, hereby **GRANTS** the Motion and **ORDERS** that the action brought by plaintiff

styled *Sodetz v. OppenheimerFunds, Inc.*, Case No. 11-cv-00603-JLK (the "Sodetz Action"), is

hereby **STAYED** until such time as this Court issues its decision on the motions to dismiss filed

in the Fixed Income Fund Actions, or otherwise disposes of the case.

It is **FURTHER ORDERED** that fourteen (14) days following the issuance of the

Court's ruling on the motions to dismiss the Fixed Income Fund Actions or other disposition of

this case, the parties in the Sodetz Action shall meet and confer and shall submit a joint status

report to this Court setting forth what issues, if any, remain.  If appropriate, the parties shall set

forth a proposed briefing schedule for any motion to dismiss the complaint.

Dated this 21st day of March, 2011.

BY THE COURT:


*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court