IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-00603-JLK**

**RICHARD SODETZ**,

        Plaintiff,

v.

**OPPENHEIMERFUNDS, INC., a Colorado corporation.**
**OPPENHEIMERFUNDS DISTRIBUTOR, INC., a New York corporation, and**
**ANGELO MANIODAKIS,**

        Defendants.

---

**ORDER OF CONSOLIDATION AND STAY**

---

Kane, J.

In light of the Joint Status Report, it is

**ORDERED** that this case is **CONSOLIDATED FOR DISCOVERY ONLY**, and not for trial, with **09-cv-386-JLK-KMT** and **09-cv-01186-JLK-KMT** (Oppenheimer Fixed Income Class Actions). It is

**FURTHER ORDERED** that this case is **STAYED** until such time as the court issues its decision on the motions to dismiss filed in the Fixed Income Actions. Discovery related filings shall be made in 09-cv-00386-JLK-KMT, and shall specify that it concerns the Cofoid Action.

Dated this 29th day of March, 2011.

                                            BY THE COURT:

                                            *s/John L. Kane*
                                            John L. Kane, Senior Judge
                                            United States District Court